**TOI COMMODITIES SA**

TOI COMMODITIES S.A.
15 RUE DU CENDRIER- CH 1201 GENEVE
SWITZERLAND
TEL: +41 (22) 593 57 80 – FAX: +41 (22) 593 57 90

**CONTRACT NUMBER:**
[037PC](230905-3)

**CONTRACT DATE:**
05.09.2023

**SELLER:**
LOMBARD TRADING CORP.
112 CAPITOL TRAIL NEWARK,
DE 19711 USA

**BUYER:**
TOI COMMODITIES SA
15 RUE DU CENDRIER
CH-1201 GENEVA
SWITZERLAND

**COMMODITY:**
ARGENTINE EXTRACTED TOASTED SOYBEAN MEAL

**QUALITY & CONDITION:**
→ PROTEIN BASIS 46.50 %.
   BELOW 45.50 % REJECTABLE.
   SCALE OF ALLOWANCES FOR DEFICIENCY OF PROTEIN.
   ALL FRACTIONS IN PROPORTION.
   FROM 46.49 PCT TO 46 PCT 1:1
   FROM 45.99 PCT TO 45.50 PCT 2:1
→ FIBER BASIS 3.50 PCT, MAX 4.00 PCT.
→ MOISTURE MAX 12.50 PCT.
   NON-RECIPROCAL ALLOWANCES 1:1 FOR FIBER AND MOISTURE. ALL FRACTIONS IN PROPORTION.
→ FAT MAX 2,50 PCT.
→ UREASE ACTIVITY MIN 0.02% MAX 0.20%
→ DIGESTIBILITY/SOLUBILITY MIN 75%
→ SAND/SILICA MAX 2.5%
→ GOODS TO BE FINELY GROUND, MIN 90% PASSING THROUGH 4.5 MM SIEVE.
→ AFLATOXIN B1: MAX 5 PPB
→ AFLATOXIN B2: MAX 5 PPB
→ TOTAL AFLATOXINS (B1+B2+G1+G2): MAX 20 PPB
→ CS13 & CS137 MAX 370 BQ/KG
OTHERWISE AS PER GAFTA 39, CLAUSE 5.
SOUND, LOYAL, MERCHANTABLE.
FREE FROM ALIVE WEEVILS/INSECTS FREE FROM POISONOUS SEEDS/HARMFUL MATERIALS.
FREE FROM FOREIGN SMELL.

**QUANTITY:**
31'000 (THIRTY-ONE THOUSAND) METRIC TONS, 10% MORE OR LESS AT VESSEL´S OPTION AND CONTRACT PRICE.

**WEIGHT, QUALITY AND CONDITION:**
TO BE FINAL AT TIME AND PLACE OF LOADING AS PER GAFTA APPROVED SURVEYOR CERTIFICATES AT BUYER'S OPTION AND AT SELLER'S EXPENSE BUT AT MAX FEE USD 0.48 /MT. ANY COST EXCEEDING THE ABOVE MENTIONED TO BE FOR BUYER'S ACCOUNT.
BUYER AND/OR THEIR RECEIVER HAS THE RIGHT TO APPOINT A GAFTA APPROVED SURVEYOR (WETHER DIFFERENT FROM ONE APPOINTED TO SELLERS, OR IN DOUBLE NOMINATION OF THE ONE APPOINTED TO SELLER) FOR JOINT-SURVEY/SAMPLING/SEALING WITH SELLER'S SURVEYOR, BUT NOT TO INTERFERE WITH THE LOADING OPERATIONS AND SELLER'S CERTIFICATES SHALL BE FINAL AND LEGALLY BINDING FOR ALL PURPOSES.
WEIGHTS TO BE ASSESSED AS PER GAFTA 123 WEIGHING RULES. CLOSING OF WEIGHTS AS PER CUSTOMS DRAFT

**TOI COMMODITIES SA**

TOI COMMODITIES S.A.
15 RUE DU CENDRIER- CH 1201 GENEVE
SWITZERLAND
TEL: +41 (22) 593 57 80 – FAX: +41 (22) 593 57 90

SURVEY ACCEPTED ONLY IF SUCH ORDERED BY THE SAID AUTHORITY AND SELLERS TO PROVIDE THE BUYERS NOTICE FROM THE CUSTOMS WITH SUCH ORDER INSTRUCTIONS.
SAMPLING AND ANALYSIS AS PER GAFTA 124.

**PACKING:**
IN BULK

**PRICE:**
528.00 USD/MT (FIVE HUNDRED AND TWENTY EIGHT US DOLLARS, ZERO CENTS PER METRIC TON)

**PARITY:**
FOB STOWED/TRIMMED/FUMIGATED ON SELF-TRIMMING BULK CARRIER (WING/DEEP TANKS/TWEEN DECKER'S EXCLUDED) ONE SAFE PORT UP RIVER, ONE SAFE BERTH NOT ABOVE TIMBUES, EXCLUDING VILLA CONSTITUCIÓN, SAN NICOLAS AND SAN PEDRO, ARGENTINA, AT SELLER'S OPTION AND TO BE DECLARED UPON NOMINATION.

**DELIVERY PERIOD:**
SPOT DELIVERY TO M/V STELLAR INDIGO, CURRENTLY AT ANCHORAGE RECALADA.

**PREADVICE:**
NO PREADVICE.

**PAYMENT:**
100% NET CASH BY WIRE TRANSFER WITHIN 2 BANKING DAYS AGAINST BELOW LISTED SHIPPING DOCUMENTS TO BUYER'S BANK IN EUROPE, WHICH TO BE ADVSIED LATEST 2 BANKING DAYS AFTER COMPLETION OF LOADING.
BANK CHARGES, COMISSIONS AND/OR FEES IN SELLER'S BANK FOR SELLER'S ACCOUNT.
BANK CHARGES, COMISSIONS AND/OR FEES IN BUYER'S BANK FOR BUYER'S ACCOUNT.

**DOCUMENTS:**
1. SELLER'S COMMERCIAL INVOICE – 1 ORIGINAL + 3 COPIES ;
2. FULL SET OF BLANK ENDORSED BILLS OF LADING – 3/3 ORIGINALS + 3 N/N COPIES, MARKED "TO ORDER", "FREIGHT PREPAID" AND "CLEAN ON BOARD";
3. CARGO MANIFEST – 1 ORIGINAL + 3 COPIES;
4. CARGO PLAN – 1 ORIGINAL + 3 COPIES;
5. CERTIFICATE OF ORIGIN ISSUED BY CHAMBER OF COMMERCE AND/OR INDUSTRY IN THE COUNTRY OF ORIGIN – 1 ORIGINALS + 3 COPIES;
6. PHYTOSANITARY CERTIFICATE ISSUED BY OFFICIAL AUTHORITIES IN THE COUNTRY OF ORIGIN – 1 ORIGINALS + 3 COPIES;
7. SANITARY CERTIFICATE ISSUED BY OFFICIAL AUTHORITIES IN THE COUNTRY OF ORIGIN – 1 ORIGINALS + 3 COPIES;
8. GMO CERTIFICATE ISSUED BY OFFICIAL AUTHORITIES IN THE COUNTRY OF ORIGIN – 1 ORIGINALS + 3 COPIES;
9. HOLDS DISINFECTION CERTIFICATE ISSUED BY FUMIGATION COMPANY OR LICENSED FUMIGATOR – 1 ORIGINALS + 3 COPIES;
10. FUMIGATION CERTIFICATE ISSUED BY FUMIGATION COMPANY OR LICENSED FUMIGATOR – 1 ORIGINALS + 3 COPIES;
11. HOLDS CLEANLINESS CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION);
12. HOLDS SEALING CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION);
13. WEIGHT CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION);
14. DRAFT SURVEY CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION);
15. QUALITY & CONDITION CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION);
16. AFLATOXINS CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR, COTECNA – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION);

**TOI COMMODITIES SA**

TOI COMMODITIES S.A.
15 RUE DU CENDRIER- CH 1201 GENEVE
SWITZERLAND
TEL: +41 (22) 593 57 80 – FAX: +41 (22) 593 57 90

17. NON-RADIOACTIVITY CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION).
18. PRODUCTION YEAR CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION).
19. PACKING LIST CERTIFICATE ISSUED BY G.A.F.T.A. APPROVED SUREVYOR – 1 ORIGINALS + 3 COPIES (OR E-CERTIFICATE AT BUYER'S OPTION).

THIRD PARTY DOCUMENTS (EXCEPT COMMERCIAL INVOICE) ARE ACCEPTABLE.
EXCEPT FOR THE COMMERCIAL INVOICE, ALL OTHER DOCUMENTS SHALL NOT MENTION ANY AMOUNT/PRICE.
ALL DOCUMENTS TO BE ISSUED IN ENGLISH LANGUAGE OR WITH ENGLISH TRANSLATION, IN ANY CASE IN ACCORDANCE WITH BUYERS INSTRUCTIONS, BUT WITHIN THE TERMS AND CONDITIONS OF THE CONTRACT.
LEGALIZATION IF ANY TO BE FOR BUYERS ACCOUNT AND NON-LEGALIZED COPY OF DOCUMENT TO BE SUFFICIENT FOR PAYMENT.
DISINFECTION AND FUMIGATION COSTS ARE AT SELLER'S ACCOUNT AND INCLUDED IN CONTRACT PRICE.

**LOADING RATE:**
SELLERS GUARANTEE AN AVERAGE DAILY LOADING RATE OF 8,000 METRIC TON PER WEATHER WORKING DAY OF 24 CONSECUTIVE HOURS SATURDAYS, SUNDAYS AND HOLIDAYS INCLUDED.
OTHERWISE AS PER C/P.

**DEMURRAGE/DESPATCH RATE:**
NO DEMURRAGE/NO DESPATCH.
OTHERWISE AS PER C/P.

**AGENT:**
AGENT AT LOADING PORT TO BE APPOINTED BY THE BUYER.

**LICENSES:**
SELLER MUST OBTAIN AND MAINTAIN IN FORCE ANY NECESSARY EXPORT LICENSE(S), PERMITS OR OTHER OFFICIAL AUTHORIZATION NECESSARY FOR THE EXPORT OF THE PRODUCT AT SELLER'S RISK, TIME AND EXPENSE.
BUYER MUST OBTAIN AND MAINTAIN IN FORCE ANY NECESSARY IMPORT LICENSE(S), PERMITS OR OTHER OFFICIAL AUTHORIZATION NECESSARY FOR THE IMPORT OF THE PRODUCT AT SELLER'S RISK, TIME AND EXPENSE.

**TAXATION:**
ALL EXPORT DUTIES AND/OR TAXES AND/OR LEVIES PRESENT OR FUTURE ON PRODUCT, FREIGHT AND/OR SHIPPING ARE FOR SELLER'S ACCOUNT.
ALL IMPORT DUTIES AND/OR TAXES AND/OR LEVIES PRESENT OR FUTURE ON PRODUCT, FREIGHT AND/OR SHIPPING ARE FOR BUYER'S ACCOUNT.

**SANCTIONS AND ANTI-BOYCOTT CLAUSE:**
EACH PARTY RESPECTIVELY REPRESENTS AND WARRANTS TO THE OTHER TO BEST OF ITS KNOWLEDGE THAT NEITHER IT NOR ANY PERSON OR ENTITY THAT OWNS OR CONTROLS IT OR THAT IT OWNS AND CONTROLS IS A DESIGNATED TARGET OF ANY TRADE, AND/OR ECONOMIC AND/OR FINANCIAL SANCTION OR SANCTIONS (INCLUDING WITHOUT LIMITATION ANY RELEVANT LAW, REGULATION, ORDER, ORDINANCE, RESOLUTION, DECREE, RESTRICTIVE MEASURE OR OTHER REQUIREMENT HAVING THE FORCE OF LAW), ADOPTED BY THE U.S., E.U. (OR ITS RESPECTIVE MEMBER STATES), U.N., SWITZERLAND, OR THE COUNTRY OF ORIGIN OF THE GOODS (COLLECTIVELY "SANCTIONS"). EACH PARTY RESPECTIVELY AGREES AND UNDERTAKES TO THE OTHER THAT IT AND ITS AGENTS, CONTRACTORS, AND REPRESENTATIVES WILL FULLY COMPLY WITH THE REQUIREMENTS OF ALL APPLICABLE SANCTIONS IN THE PERFORMANCE OF THIS CONTRACT.
SELLER AGREES AND UNDERTAKES TO BUYER THAT THE GOODS WILL NOT DIRECTLY OR INDIRECTLY ORIGINATE FROM, BE PROVIDED BY OR BE TRANSPORTED ON A VESSEL OR BY A CARRIER OWNED, FLAGGED, CHARTERED, MANAGED OR CONTROLLED, DIRECTLY OR INDIRECTLY, BY ANY COUNTRY, PERSON, ENTITY, OR BODY, OR FOR THE PURPOSE OF ANY COMMERCIAL ACTIVITY, THAT WOULD CAUSE BUYER OR A PERSON SUBJECT TO U.S. JURISDICTION TO BE IN VIOLATION OF APPLICABLE SANCTIONS AND/OR EXPORT OR RE-EXPORT CONTROLS. IF BUYER REQUIRES, SELLER SHALL PROVIDE BUYER WITH APPROPRIATE DOCUMENTATION FOR THE PURPOSES OF VERIFYING THE ORIGIN OF THE GOODS. BUYER HAS THE RIGHT TO REJECT ANY RESTRICTED ORIGINATING COUNTRY, VESSEL,

**TOI COMMODITIES SA**

TOI COMMODITIES S.A.
15 RUE DU CENDRIER- CH 1201 GENEVE
SWITZERLAND
TEL: +41 (22) 593 57 80 – FAX: +41 (22) 593 57 90

TRANSIT ROUTE, PERSON OR ENTITY THAT WOULD CAUSE THE PERFORMANCE OF THIS CONTRACT TO VIOLATE ANY APPLICABLE SANCTIONS OR WHICH WOULD CAUSE BUYER OR ITS AGENTS, CONTRACTORS OR REPRESENTATIVES OR A PERSON SUBJECT TO U.S. JURISDICTION TO BE IN VIOLATION OF OR BE PENALIZED BY ANY APPLICABLE SANCTIONS. BUYER AGREES AND UNDERTAKES TO SELLER THAT THE GOODS WILL NOT BE:

RESOLD TO;

DISPOSED OF BY; OR

TRANSPORTED ON A VESSEL, OR BY A CARRIER, OWNED, FLAGGED, CHARTERED, MANAGED OR CONTROLLED BY, DIRECTLY OR INDIRECTLY TO, ANY COUNTRY, PERSON OR ENTITY, OR FOR THE PURPOSE OF ANY COMMERCIAL ACTIVITY, WHICH WOULD CAUSE SELLER OR A PERSON SUBJECT TO U.S. JURISDICTION TO BE IN VIOLATION OF APPLICABLE SANCTIONS AND/OR EXPORT OR RE-EXPORT CONTROLS. IF SELLER REQUIRES, BUYER SHALL PROVIDE SELLER WITH APPROPRIATE DOCUMENTATION FOR THE PURPOSES OF VERIFYING THE FINAL DESTINATION OF THE

GOODS. SELLER HAS THE RIGHT TO REJECT ANY RESTRICTED DESTINATION, VESSEL, TRANSIT ROUTE, PERSON OR ENTITY THAT WOULD CAUSE THE PERFORMANCE OF THIS CONTRACT TO VIOLATE ANY APPLICABLE SANCTIONS OR WHICH WOULD CAUSE SELLER OR ITS AGENTS, CONTRACTORS, OR REPRESENTATIVES OR A PERSON SUBJECT TO U.S. JURISDICTION TO BE IN VIOLATION OF OR BE PENALIZED BY ANY APPLICABLE SANCTIONS.

BUYER FURTHER REPRESENTS AND WARRANTS THAT IT WILL NOT MAKE PAYMENT FOR THE GOODS THROUGH OR VIA SUCH COUNTRY, BANK, OR OTHER ENTITY OR BODY OR FACILITY, AS WOULD CAUSE SELLER OR A PERSON SUBJECT TO U.S. JURISDICTION, DIRECTLY OR INDIRECTLY, TO BE IN VIOLATION OF OR BE PENALIZED BY ANY APPLICABLE SANCTIONS. SHOULD PAYMENT FOR THE GOODS BE IMPEDED, BLOCKED, DELAYED, OR PREVENTED, FOR LONGER THAN THREE BUSINESS DAYS, BY REASON OF SANCTIONS OR THEIR ALLEGED APPLICABILITY, BUYER SHALL USE ITS BEST ENDEAVOURS TO MAKE PAYMENT BY ALTERNATIVE LAWFUL MEANS THAT DO NOT, DIRECTLY OR INDIRECTLY, VIOLATE ANY SANCTIONS, (INSOFAR AS THEY APPLY OR ARE APPLIED OR IMPLEMENTED BY BANKS, GOVERNMENTS, OR OTHER LAWFULLY-CONSTITUTED AUTHORITY WHATSOEVER), UNLESS ANY SUCH PAYMENT PROBLEMS ARE A RESULT OF SELLER'S VIOLATION OF THE SANCTIONS.

THE PARTIES WILL NOT COOPERATE WITH, AGREE TO, OR COMPLY WITH ANY TERMS OR REQUESTS, INCLUDING DOCUMENTARY REQUESTS, WHICH VIOLATE OR ARE OTHERWISE PROHIBITED OR PENALIZED UNDER THE ANTI-BOYCOTT LAWS OR REGULATIONS OF THE U.S.

WITHOUT PREJUDICE TO THE FOREGOING, THE PARTIES AGREE TO COOPERATE WITH EACH OTHER'S REASONABLE REQUESTS FOR INFORMATION AND/OR DOCUMENTARY EVIDENCE TO SUPPORT AND/OR VERIFY COMPLIANCE WITH THIS CLAUSE.

**ANTICORRUPTION CLAUSE:**

EACH PARTY RESPECTIVELY AGREES AND UNDERTAKES TO THE OTHER THAT, IN CONNECTION WITH THIS CONTRACT, IT WILL FULLY COMPLY WITH ALL APPLICABLE LAWS, REGULATIONS, ORDERS, ORDINANCES, RESOLUTIONS, DECREES, OR RESTRICTIVE MEASURES AND/OR OTHER REQUIREMENTS HAVING THE FORCE OF LAW OF THE U.S., E.U. (OR ITS RESPECTIVE MEMBER STATES), U.N., SWITZERLAND, OR THE COUNTRY OF ORIGIN OF THE GOODS RELATING TO ANTI-BRIBERY AND ANTI-MONEY LAUNDERING ("APPLICABLE LEGISLATION"). IN PARTICULAR, EACH PARTY RESPECTIVELY REPRESENTS, WARRANTS AND UNDERTAKES TO THE OTHER THAT IT SHALL NOT, DIRECTLY OR INDIRECTLY,

a.  PAY, OFFER, GIVE OR PROMISE TO PAY OR AUTHORIZE THE PAYMENT OF, ANY MONIES OR OTHER THINGS OF VALUE TO, OR CONFER A FINANCIAL ADVANTAGE ON:

    i.  A GOVERNMENT OFFICIAL OR AN OFFICER OR EMPLOYEE OF A GOVERNMENT OR ANY DEPARTMENT, AGENCY OR INSTRUMENTALITY OF ANY GOVERNMENT;

    ii.  AN OFFICER OR EMPLOYEE OF A PUBLIC INTERNATIONAL ORGANISATION;

    iii.  ANY PERSON ACTING IN AN OFFICIAL CAPACITY FOR OR ON BEHALF OF ANY GOVERNMENT OR DEPARTMENT, AGENCY, OR INSTRUMENTALITY OF SUCH GOVERNMENT OR OF ANY PUBLIC INTERNATIONAL ORGANISATION;

    iv.  ANY POLITICAL PARTY OR OFFICIAL THEREOF, OR ANY CANDIDATE FOR POLITICAL OFFICE;

    v.  ANY OTHER PERSON, INDIVIDUAL OR ENTITY AT THE SUGGESTION, REQUEST OR DIRECTION OR FOR THE BENEFIT OF ANY OF THE ABOVE-DESCRIBED PERSONS AND ENTITIES; OR

b.  ENGAGE IN OTHER ACTS OR TRANSACTIONS:

IN EACH CASE IF THIS IS IN VIOLATION OF OR INCONSISTENT WITH THE APPLICABLE LEGISLATION, INCLUDING,



**TOI COMMODITIES SA**

TOI COMMODITIES S.A.
15 RUE DU CENDRIER- CH 1201 GENEVE
SWITZERLAND
TEL: +41 (22) 593 57 80 – FAX: +41 (22) 593 57 90

WITHOUT LIMITATION, THE U.S. FOREIGN CORRUPT PRACTICES ACT AND APPLICABLE COUNTRY LEGISLATION IMPLEMENTING (IN WHOLE OR IN PART) THE OECD CONVENTION ON COMBATING BRIBERY OF FOREIGN PUBLIC OFFICIALS IN INTERNATIONAL BUSINESS TRANSACTIONS.

**CONFIDENTIALITY:**
THIS AGREEMENT IS CONFIDENTIAL AND SHALL NOT BE DISCLOSED, EXCEPT TO APPROPRIATE GOVERNMENTAL ENTITIES OR TO THE EXTENT THAT ONE PARTY IS REQUIRED BY LAW TO DISCLOSE THIS AGREEMENT, UNLESS OTHERWISE AGREED IN WRITING BETWEEN THE PARTIES.

**GENERAL CONDITIONS:**
ALL OTHER TERMS, IF NOT IN CONTRADITION WITH THE ABOVE CONTRACT TERMS, AS PER GAFTA 39, LATEST EDITIONS, OF WHICH BOTH PARTIES DEEM TO BE COGNIZANT.
ARBITRATION IN LONDON, U.K. AS PER G.A.F.T.A. 125. ARBITRATION RULES, LATEST EDITION, OF WHICH BOTH PARTIES DEEM TO BE COGNIZANT.

**FOR AND ON BEHALF THE SELLER:**                          **FOR AND ON BEHALF THE BUYER:**

